# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
United States Postal Service Priority Mail parcel )
originating in San Bernardino, California identified by )
tracking number 9505 5125 9708 3117 3715 00 )

Case No.  MJ-23-283  -STE

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the ___Western___ District of ___Oklahoma___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession of a Controlled Substance with Intent to Distribute |
| 21 U.S.C. § 846 | Drug Conspiracy |

The application is based on these facts:

See attached Affidavit, which is incorporated by reference herein.

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Brandon Johnson, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **May 3, 2023**

*Judge's signature*

City and state: Oklahoma City, Oklahoma

Shon T. Erwin United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN THE MATTER OF THE )<br>SEARCH OF UNITED STATES )<br>POSTAL SERVICE PRIORITY )<br>MAIL PARCEL ORIGINATING IN )<br>SAN BERNARDINO, CALIFORNIA, )<br>IDENTIFIED BY TRACKING )<br>NUMBER 9505 5125 9708 3117 3715 )<br>00 ) | M-23- 283-STE<br>Filed Under Seal |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Brandon Johnson, being duly sworn, do hereby depose and state:

**INTRODUCTION AND AGENT BACKGROUND**

**1.** I am a Task Force Officer with the United States Postal Inspection Service (USPIS) and have been since September 2022. I am currently assigned to the Fort Worth Division of the USPIS domiciled in Oklahoma City, Oklahoma.

**2.** I am responsible for conducting investigations of crimes against the United States Mail in violation of federal law(s). My duties include the investigation of illegal mailings and the receipt of controlled substances, possession of which violates Title 21, United States Code, Sections 841(a)(1) and 846.

**3.** In addition to being assigned to USPIS, I have been employed as an agent with the Oklahoma State Bureau of Narcotics and Dangerous Drugs since December of 2018. Before beginning a career in law enforcement, I obtained my bachelor's degree

from New Mexico State University in 2015 and my Juris Doctorate from the University of Denver-Sturm College of Law in 2018. In 2019, your Affiant became a licensed attorney in the State of Colorado. During my employment with OBN, I have completed specialized training concerning the investigation of various drug offenses. I have received over one thousand (1000) CLEET accredited training hours throughout my career. Specifically, I have attended courses provided by the Drug Enforcement Administration (DEA), the U.S. Department of Justice and the Oklahoma Bureau of Narcotics. These courses include: NARC Assault and OBN's Two Week Investigators Course and additional courses sponsored by the Association of Oklahoma Narcotic Enforcers (A-ONE). I have personally participated in over one hundred (100) investigations of illegal drug activity. The nature of my participation includes surveillance, audio monitoring, search warrant execution and undercover operations. I have interviewed over seventy-five (75) individuals regarding the distribution and trafficking of illegal drugs. These investigations have led to the arrest and convictions of individuals involved in the trafficking and distribution of illegal drugs.

4.   This Affidavit is based upon the Affiant's personal investigation and upon information received from other law enforcement officers and agents and may not be inclusive of all evidence or information available or of all facts known to me relative to this investigation.  Rather, I have included facts which are necessary to establish probable cause that the parcel described herein contains controlled substances.  This affidavit is made in support of an application for a search warrant to search and seize contraband,

fruits, instrumentalities, and evidence of crimes against the United States in violation of 21 U.S.C. § 841(a)(1) from a United States Postal Service (USPS) Priority Mail parcel originating in the city of San Bernardino, California.  It is more specifically described as a white in color, USPS Priority Mail parcel, with outer dimensions measuring approximately 12" x 12" x 8," identified by tracking number **9505 5125 8708 3117 3715 00** from Zip Code 92404, weighing approximately 7 pounds 4 ounces, postmarked 4/27/2023.  The parcel's return address information was listed as "**Fernanda Buelna, 7433 McKinley Av Apt H, San Bernardino CA, 92410.** The parcel's addressee was listed as "**402 North West., Sheridan Road Apt.1701, Lawton Oklahoma 73505**."  The parcel is currently located at the United States Postal Inspection Service Domicile in Oklahoma City, Oklahoma (6500 Air Cargo Road, Oklahoma City, Oklahoma: Western District of Oklahoma).

**5.**   I am aware through training and experience, as well as information from other Postal Inspectors with extensive experience in drug trafficking investigations, that the United States Mail is a common and preferred method for drug traffickers to ship their product. United States Priority Mail Express and Priority Mail are frequently used by drug dealers for not only shipping illegal drugs, but also for shipping the proceeds and money from illegal drug sales and purchases.  Use of the United States Mail is favored because of the speed, reliability, and low cost of this service, as well as the perceived minimal chance of detection of illegal drugs, money, or financial instruments shipped in such a manner.

6. I am also aware that drug traffickers often use fictitious return addresses and names on return addresses, as well as real names and real addresses, with or without the actual person's knowledge or consent, to avoid detection in the event the parcel is intercepted by law enforcement officers. While handwritten labels are a consistent part of a known drug profile to screen mail packages for narcotics proceeds and/or controlled substances, in October 2022, the USPS implemented a new process in which Priority Mail Express parcels require a computer-generated label accepted and affixed at retail locations to better optimize delivery service. The mailer must provide both return and delivery name and address information to the USPS employee at the retail location. A label is then created, affixed to the mail piece, and introduced into the US Mail Stream. The information provided by the customer may still be fictitious and/or incomplete which is also a consistent part of the known drug profile to screen mail packages for narcotics proceeds and/or controlled substances.

7. Traffickers normally use heavy tape on the seams and corners of a parcel and have been known to use sealed containers and masking scents to interfere with any drug detection canine's ability to detect the drugs. It is common for traffickers to mail parcels from a different post office than the one located in the zip code area used on the return address, also to avoid detection of fictitious information.

## PROBABLE CAUSE

8. On April 28, 2023, while analyzing United States Postal Service Records I located Priority Mail Parcel: **9505 5125 9708 3117 3715 00,** a parcel weighing 7 pounds

and 4 ounces, originating in San Bernardino, California. USPS records indicated the parcel was paid for in cash. I utilized the tracking number to surveil the package as it continued through the mail stream.

9. I located a picture of the label and observed the parcel's return address information was listed as "**Fernanda Buelna, 7433 McKinley Av Apt H, San Bernardino CA, 92410.** The parcel's addressee was listed as "**402 North West., Sheridan Road Apt.1701, Lawton Oklahoma 73505**."

10. After locating the information listed on the parcel, I researched the label and conducted follow up reviews of the parcel's information. I conducted computer database address verifications on the parcel, and the database indicated the return address of "7433 Mckinley Av, Apt H, San Bernardino, CA, 92410" is a valid address. Utilizing Accurint, and CLEAR, law enforcement accessible databases that search public and proprietary records, I was unable to associate **"Fernanda Buelna"** nor anyone with the last name **"Buelna"** with 7433 McKinley Av, Apt H, San Bernardino, California 92410. I know based on training and experience those involved in the shipment of controlled substances will often utilize legitimate addresses in the return to attempt to make the mailing appear legitimate.

11. Although no individual was listed as the recipient, I conducted database checks of the destination address, 402 NW Sheridan Rd, Apt 1701, Lawton, Oklahoma 73505. Utilizing Accurint, I was able to associate **Kennedy Deon Chapman (DOB:12/20/1986)** with the residence.

5

12. A criminal background check of Chapman revealed charges that include, wrongful use of a controlled substance (Spice), wrongful use of controlled substance (Marijuana), and wrongful use of Amphetamine/Methamphetamine.

13. USPS employees at the Lawton Post Office (Western District of Oklahoma) were directed to forward the parcel to the USPIS for further review when it arrived at their station for processing and delivery. On May 01, 2023, a supervisor at the USPS Lawton Office advised the parcel had arrived. The supervisor was directed to the forward the parcel to the USPIS Oklahoma City Domicile.

14. On May 02, 2023, the parcel arrived at the Oklahoma City Domicile. Inspector Hess took custody of the parcel, and at approximately 0905 hours, a free air scan of the parcels was conducted by TFO Springer and his K9, "Nika." TFO Springer and his K9 drug detection dog, "Nika," are a Certified Controlled Dangerous Substance Detector Team by the State of Oklahoma's Council on Law Enforcement Education and have been since 2018 (CLEET Number K9-18-3299). Nika is trained and certified in the detection of marijuana, heroin, methamphetamine, and cocaine. During the free air scan, I placed the subject parcel on the ground along with ten (10) control parcels. At approximately 0907 hours, TFO Springer advised Nika gave a positive alert on the suspect parcel. Nika's positive alert on the parcel was an indication of the presence of an odor of a controlled substance.

**15.** As a result of the of the indicators associated with the label, the positive alert on the parcel, I believe USPS Priority Mail Tracking Number: 9505 5125 9708 3117 3715 00 contains a controlled substance.

## AUTHORIZATION REQUESTS

**16.** Based on the foregoing, I believe there is evidence to show this parcel, as described in paragraph four, was sent via the United States Postal Service in violation of 21 U.S.C. § 841(a)(1), and I respectfully request a warrant be issued authorizing the United States Postal Inspection Service to search and seize the parcel as described in Attachment A for the items described in Attachment B.

_____
Brandon Johnson
Task Force Officer
United States Postal Inspection Service

Sworn and subscribed to before me this __3rd__ day of May 2023.

_____
Shon T. Erwin
United States Magistrate Judge
Western District of Oklahoma

# ATTACHMENT "A"

1. A white in color, USPS Priority Mail parcel, with outer dimensions measuring approximately 12" x 12" x 8," identified by tracking number **9505 5125 8708 3117 3715 00** from Zip Code 92404, weighing approximately 7 pounds 4 ounces, postmarked 4/27/2023. The parcel's return address information was listed as "**Fernanda Buelna, 7433 McKinley Av Apt H, San Bernardino CA, 92410**. The parcel's addressee was listed as "**402 North West., Sheridan Road Apt.1701, Lawton Oklahoma 73505**." The parcel is currently located at the United States Postal Inspection Service Domicile in Oklahoma City, Oklahoma (6500 Air Cargo Road, Oklahoma City, Oklahoma: Western District of Oklahoma).



## ATTACHMENT "B"

1. Any controlled substances, as defined in 21 U.S.C. 812, as well as items of dominion or control inside the parcel;
2. The parcel's outer packaging;
3. Any correspondence, writings, including records and logs of monies owed, customer lists, sources of supply information to include drug shipments or accounts receivable in any medium such as written and/or electronic contained in the parcel;
4. Any financial instruments, including U.S. currency, contained in the parcel which relates to the sale, transfer, mailing, or distribution of controlled substances;
5. Any drug paraphernalia used to facilitate drug distribution; and
6. Any evidence constituting ownership and intent to possess controlled substances.